# CourtSmart Tag Report

**Room:** Judge Tinsley Charleston **Case No.:** 2:26-mj-00092/SDWV & 1:26-cr-00039/NDWV
**Type:** Initial Appearance on Indictment
**Caption:** USA v. Anthony Cole **Judge:** Judge Tinsley

**Started: 8/18/2026 2:34:24 PM**
**Ends: 8/18/2026 2:43:18 PM** **Length: 00:08:54**

Judge Dwane L. Tinsley
Courtroom Deputy: Kim Begovich
Defendant: Anthony Cole
Assistant U.S. Attorney: William H. Weiland
Assistant Federal Public Defender: Emily Szopinski
Probation Officer: Kiara Carper
Court Reporter: CourtSmart

**INITIAL APPEARANCE - WARRANT OF REMOVAL (OUT OF DISTRICT WARRANT)**

| | |
|---|---|
| **2:36:16 PM** | Judge Dwane L. Tinsley |
| **2:36:23 PM** | Case called (for both districts), noted appearances of counsel, and the person named in the warrant is present in courtroom |
| **2:37:00 PM** | Does the person before the Court wish to have an Identity hearing to determine if he/she is the person named in the charging document and warrant? |
| **2:37:19 PM** | Assistant Federal Public Defender: Emily Szopinski |
| **2:37:23 PM** | No Identity Hearing necessary - the defendant will waive the ID hearing and admits he/she is the person named in the warrant and charging document |
| **2:37:27 PM** | Judge Dwane L. Tinsley |
| **2:37:56 PM** | The waiver has been signed by the defendant and witnessed by counsel and will be filed with the Clerk |
| **2:38:18 PM** | Stated rights of defendant and defendant acknowledged these rights |
| **2:38:37 PM** | Defendant: Anthony Cole |
| **2:38:39 PM** | Defendant stated name on the record |
| **2:38:55 PM** | Judge Dwane L. Tinsley |
| **2:38:57 PM** | Reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| **2:39:07 PM** | Ordered the appointment of the Office of the FPD for purposes of proceedings in this district only |
| **2:39:27 PM** | Stated additional rights of defendant and defendant acknowledged these rights |
| **2:39:48 PM** | Stated violation(s) in charging document and possible penalties |
| **2:41:02 PM** | The United States has filed a Motion for Detention Hearing |
| **2:41:25 PM** | Assistant Federal Public Defender: Emily Szopinski |
| **2:41:27 PM** | Defendant wishes to have detention hearing in SDWV |
| **2:41:38 PM** | Detention hearing will be Monday, August 24, 2026, at 11:00 a.m. |
| **2:41:54 PM** | Due Process Protections Act of 2020 |
| **2:42:43 PM** | Ordered the defendant remanded to the custody of the USMS pending the next hearing in this district |
| **2:42:55 PM** | Anything else counsel wishes to address? |
| **2:43:02 PM** | Hearing Adjourned |